IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

    Plaintiff,                  No. CIV S-06-2867 LKK KJM P

    vs.

T.C. SHOCKLEY, et al.,

    Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se who seeks relief pursuant to 42 U.S.C. § 1983.  This action was removed to this court from the Superior Court of Solano County on December 19, 2006 under 28 U.S.C. §1441(b).  Plaintiff has not filed a motion for remand.

        The court finds that plaintiff's complaint states cognizable Eighth Amendment claims against defendants Kosher and Shockley pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of these claims.  With respect to the other claims identified in plaintiff's complaint, the complaint fails to state a claim upon which relief can be granted.  From the court's docket it appears that defendant Kosher has appeared in this action but defendant Shockley has not.  Therefore, the court will order service of process on defendant Shockley. Defendant Kosher shall answer or otherwise plead within twenty days of this order.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant Shockley.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of plaintiff's complaint.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for defendant Shockley; and

   d. Two copies of the endorsed complaint.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve defendant Shockley pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Defendant Kosher shall answer or otherwise plead within twenty days of this order.

DATED: May 7, 2007.

_____
U.S. MAGISTRATE JUDGE

1  
clai2867.1(12.20.06)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS G. CLAIBORNE,

      Plaintiff,                       No. CIV S-06-2867 LKK KJM P

    vs.

T.C. SHOCKLEY, et al.,                <u>NOTICE OF SUBMISSION</u>

      Defendants.                 <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 form

      _____ copies of the _____
                                    Complaint

DATED:

_____
Plaintiff